No. 558, Misc. MACKENZIE *v.* ROBBINS, WARDEN. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John H. Quinn, Jr.,* for petitioner. *Richard J. Dubord,* Attorney General of Maine, and *John W. Benoit,* Assistant Attorney General, for respondent.

No. 660, October Term, 1965. JONES, ADMINISTRATOR *v.* UNITED STATES, 382 U. S. 975, 383 U. S. 922. Motion for leave to file second petition for rehearing denied.